TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CYNTHIA MARIE MARABELLA,<br><br>          Defendant. | Case No. 2:26-cr-00045-APG-BNW<br><br>**STIPULATION FOR PRE-SENTENCE PAYMENT TOWARD RESTITUTION** |

The parties, pursuant to 28 U.S.C. §§ 2041-2042, hereby stipulate to the pre-sentence deposit of funds to be withdrawn and applied toward defendant Cynthia Marie Marabella's restitution amount in this matter at the time judgment is entered. The stipulation is based on the following:

1.     On April 24, 2026, defendant Marabella was charged by information with Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2 (Count One); Engaging in Transactions in Unlawful Proceeds in violation of 18 U.S.C. §§ 1957 and 2 (Count Two) and with forfeiture allegations. ECF 7. She pleaded guilty on that same day pursuant to a written plea agreement. ECF 8. Sentencing is set for August 4, 2026.

2.     Pursuant to the Plea Agreement, defendant  Marabella agreed to "stipulate for an Order, pursuant to 28 U.S.C. § 2041, directing the Clerk of Court to accept pre-sentence payments to be held on deposit until judgment is entered and thereafter applied toward the criminal monetary penalties, including restitution, imposed in this matter. Defendant further agrees that she will instruct her defense attorneys to pre-deposit $110,740.30 of the defendant's $350,000 earnest money refund check held in Ms. Gorman Esq.'s IOLTA account with the Clerk of Court to be withdrawn and applied toward defendant's restitution amount in this matter at the time judgment is entered." ECF 8 at 3. Defendant Marabella agreed to "surrender assets defendant obtained directly or indirectly as a result of defendant's crimes." ECF 8 at 3.  She further agreed "to pay restitution to the victims" in an amount totaling "$26,343,510" "pursuant to 18 U.S.C. § 3663(a)(3)."  ECF 8 at 7.

3.     The parties have conferred and hereby stipulate to the pre-sentence deposit of restitution funds with the Clerk of Court, to be held until the Judgment is entered in this matter by the Court.

4.     The parties seek an order directing the Clerk of Court to accept defendant Marabella's  pre-sentence payments for restitution. Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of Marabella until the time of sentencing, which is currently scheduled for August 4, 2026. Further, pursuant to 28 U.S.C. § 2042, the parties request an order that upon the entry of a criminal judgment in this case, the Clerk of Court is to withdraw and apply the deposited funds to the criminal financial obligations, including restitution, imposed against defendant Marabella in the sequence established in 18 U.S.C. § 3612(c).

5.      Ms. Gorman, Esq. on defendant Marabella's behalf may submit payment by cash, cashier's check, or money order made payable to "Clerk, U.S. District Court" with "2:26-cr-00045-APG-BNW" noted on each payment mailed or delivered to:

> Clerk of the Court, District of Nevada
> 333 Las Vegas Boulevard, South
> Room 1334
> Las Vegas, Nevada 89101

WHEREFORE, the parties stipulate for an order directing the Clerk of Court to accept pre-sentence payments to be held on deposit until judgment is entered, and thereafter applied toward the criminal monetary penalties, including restitution, imposed in this matter as provided by law and in accordance with the Clerk's standard operating procedures.

Respectfully submitted this 27th day of April 2026.

TODD BLANCHE
Acting Attorney General

_/s/ Kimberly M. Frayn_____          _/s/ Lauren Gorman, Esq._____
KIMBERLY M. FRAYN                        MICHAEL KENNEDY, ESQ.
Assistant United States Attorney         LAUREN GORMAN, ESQ.
                                         Attorneys for Defendant MARABELLA

**IT IS SO ORDERED:**

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: ___April 28, 2026_____

3